**In re SHOOTING STAR ENTERPRISES, INC., Debtor.**

**Forrest S. REYNARD, Appellant,**

v.

**John P. STODD, Appellee.**

No. 87–6279.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 10, 1988.

Decided April 20, 1988.

Philip J. Giacinti, Procopio, Cory, Hargreaves & Savitch, San Diego, Cal., for appellant.

John E. Barnett, Stodd & Barnett, Santa Ana, Cal., for appellee.

Before FARRIS, NORRIS and REINHARDT, Circuit Judges.

### ORDER

The judgment of the Bankruptcy Appellate Panel, reversing the order of the bankruptcy court, is affirmed for the reasons stated in that opinion. *See In re Shooting Star Enterprises, Inc.*, 76 B.R. 154 (9th Cir. BAP 1987).